# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

**MARIA NEHME,**
*Plaintiff*

V. Civil Action No. **5:19−CV−00730−FB**

**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,**
*Defendant*

## SUMMONS IN A CIVIL ACTION

TO: **The Lincoln National Life Insurance Company**
**c/o Corporation Service Company**
**211 East 7th Street, Suite 620**
**Austin, Texas 78701−3218**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) −− or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) −− you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff`s attorney, whose name and address are:

**Marc S. Whitehead**
**Marc Whitehead & Associates**
**403 Heights Boulevard**
**Houston, TX 77007**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**JEANNETTE J. CLACK**
CLERK OF COURT

**s/AMY E. JACKSON**
DEPUTY CLERK

**ISSUED ON 2019−06−24 11:54:31**

Civil Action No. 5:19−CV−00730−FB

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))***

This summons for *(name of individual and title, if any)* ________________________________________
was received by me on *(date)* _________________.

☐ I personally served the summons on the individual at *(place)* __________________________________
__________________________________________________ on *(date)* ____________________; or

☐ I left the summons at the individual's resident or usual place of abode with *(name)* _______________
__________________________________, a person of suitable age and discretion who resides there,
on *(date)* ________________________, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____________________________________, who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
____________________________________________________ on *(date)* _________________; or

☐ I returned the summons unexecuted because _________________________________________; or

☐ Other (specify): ___________________________________________________________________
_______________________________________________________________________________
_______________________________________________________________________________

My fees are $______________ for travel and $______________ for services, for a total of $_____________.

I declare under penalty that this information is true.

Date: _________________

________________________________________
*Server's signature*

________________________________________
*Printed name and title*

________________________________________
*Server's Address*

Additional information regarding attempted sevice, etc:
_______________________________________________________________________________
_______________________________________________________________________________