**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

MARIA NEHME

vs. Case No.: 5:19-cv-00730-FB

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY

# MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Wendy L. Furman, Esq., applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent The Lincoln National Life Insurance Company in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) McDowell Hetherington LLP with offices at:

   Mailing address: 2101 NW Corporate Blvd, Suite 316

   City, State, Zip Code: Boca Raton, FL 33431

   Telephone: (561) 994-4311 Facsimile: (561) 982-8985

2. Since September 24, 1996, Applicant has been and presently is a member of and in good standing with the Bar of the State of Florida.

   Applicant's bar license number is 0085146.

3. Applicant has been admitted to practice before the following courts:

| Court: | Admission date: |
|---|---|
| Pennsylvania | November 23, 1994 |
| USDC - Southern, FL | April 18, 1997 |
| USDC - Middle, FL | May 20, 1997 |

* SEE ATTACHED RIDER

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

N/A

5. I [X] have [ ] have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

Number: 5-18-cv-00909-FB on the 25 day of October, 2018.

Number: ____________________ on the _____ day of __________________, ______.

Number: ____________________ on the _____ day of __________________, ______.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

N/A

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: Emily K. Liu, Esq., McDowell Hetherington LLP

Mailing address: 2000 E. Lamar Blvd., Suite 780

City, State, Zip Code: Arlington, TX 76006

Telephone: (817) 635-7305

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Wendy L. Furman, Esq. to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Wendy L. Furman, Esq.
[printed name of Applicant]

Wendy L Furman
[signature of Applicant]

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 16 day of July, 2019.

Wendy L. Furman, Esq.
[printed name of Applicant]

Wendy L Furman
[signature of Applicant]

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

MARIA NEHME

vs. Case No.: 5:19-cv-00730-FB

THE LINCOLN NATIONAL LIFE

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by Wendy L. Furman, Esq.__________, counsel for The Lincoln National Life Insurance Company____, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Wendy L. Furman, Esq.________ may appear on behalf of The Lincoln National Life Insurance Company in the above case.

IT IS FURTHER ORDERED that Wendy L. Furman, Esq.__________, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the ________ day of ____________________, 20_____.

______________________________

UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **MARIA NEHME** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **C.A. NO. 5:19-cv-00730-FB** |
| | § | |
| | § | |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY** | § | |
| | § | |
| | § | |
| **Defendant.** | § | |

**RIDER TO WENDY FURMAN'S MOTION FOR ADMISSION PRO HAC VICE**

3. Applicant has been admitted to practice before the following courts:

| Court: | Admission date: |
|---|---|
| USDC – Northern – FL | April 18, 1997 |
| USDC – Northern - TX | April 24, 2017 |
| 11th Circuit of Appeals | May 13, 1999 |