**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **MARIA NEHME,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Case No. 5:19-cv-00730-FB** |
| | § | |
| | § | |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | § | |
| | § | |
| | § | |
| **Defendant.** | § | |

**DEFENDANT THE LINCOLN NATIONAL LIFE INSURANCE COMPANY'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant The Lincoln National Life Insurance Company files this unopposed motion for an extension of time to respond to Plaintiff's Complaint (ECF No. 1). Plaintiff filed her Complaint on June 21, 2019. ECF No. 1. Lincoln National was served on July 1, 2019. Lincoln National seeks a short extension of its deadline to respond to Plaintiff's Complaint from July 22, 2019 to August 5, 2019. This motion is not brought for the purposes of delay, but to permit Lincoln National additional time to investigate the issues raised in the Complaint before preparing a response.

Counsel for Lincoln National has conferred with counsel for Plaintiff regarding the relief requested in this Motion, to which Plaintiff's counsel affirmed they are not opposed. Accordingly, Lincoln National respectfully requests that the Court grant this Motion and enter an order extending the time for Lincoln National to serve its response to Plaintiff's Complaint to August 5, 2019.

Dated: July 16, 2019

Respectfully submitted,

MCDOWELL HETHERINGTON LLP

By: */s/ Emily K. Liu*____________________
Wendy L. Furman*
Florida Bar No. 0085146
2101 N.W. Corporate Blvd., Suite 316
Boca Raton, Florida 33431
Telephone: (561) 994-4311
Facsimile: (561) 982-8985
Email: wendy.furman@mhllp.com

Emily K. Liu
Texas Bar No. 24093777
2000 East Lamar Blvd., Suite 780
Arlington, Texas 76006
Telephone: (817) 635-7300
Facsimile: (713) 337-8849
Email: emily.liu@mhllp.com

*Attorney for The Lincoln National Life Insurance Company*

**Pro hac vice motion pending*

## CERTIFICATE OF SERVICE

I certify that on July 18, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Anthony Vessel
Marc S. Whitehead
Britney Anne Health McDonald
Madison Tate Donaldson
MARC WHITEHEAD & ASSOCIATES ATTORNEYS AT LAW, LLP
5300 Memorial Drive, Suite 725
Houston, Texas 77007
anthony@marcwhitehead.com
marc@marcwhitehead.com
britney@marcwhitehead.com
madison@marcwhitehead.com

*/s/ Emily K. Liu*____________________
Emily K. Liu