**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **MARIA NEHME,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Case No. 5:19-cv-00730-FB** |
| | § | |
| | § | |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | § | |
| | § | |
| | § | |
| **Defendant.** | § | |

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION**
**FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Before the Court is Defendant The Lincoln National Life Insurance Company's Unopposed Motion for an Extension of Time to Respond to Plaintiff's Complaint (ECF No. 7). After careful consideration, the Court is of the opinion that the Motion should be granted.

IT IS THEREFORE ORDERED that the Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint (ECF No. 7) is GRANTED such that Defendant The Lincoln National Life Insurance Company shall have until **August 5, 2019** to file an answer or otherwise respond to Plaintiff's Complaint.

It is so ORDERED.

SIGNED this _____ day of ____________, 2019.

_______________________________
FRED BIERY
UNITED STATES DISTRICT JUDGE