**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **MARIA NEHME,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **V.** | ) | **CIVIL ACTION NO. SA-19-CA-00730-FB** |
| | ) | |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | ) | |
| | ) | |
| | ) | |
| **Defendants** | ) | |

## ORDER

Before the Court is the Motion for Admission Pro Hac Vice (docket no. 6) filed by attorney Wendy L. Furman, wherein counsel seeks leave to appear pro hac vice on behalf of defendant.

After due consideration, the Court is of the opinion that the motion (docket no. 6) should be granted. It is therefore ORDERED that counsel is GRANTED leave to appear pro hac vice in this case. It is further ORDERED that counsel shall make application for admission to practice before the United States District Court for the Western District of Texas within thirty days of the filing of this Order and diligently pursue such application until admitted.

It is finally ORDERED that counsel become familiar with the Local Court Rules of the United States District Court for the Western District of Texas, a copy of which may be obtained from the United States District Clerk for the Western District of Texas. Counsel is notified that the failure to fully and timely comply with this Order may result in the imposition of sanctions, including the dismissal of this case or the striking of defensive pleadings.

It is so ORDERED.

SIGNED this 19th day of July, 2019.

FRED BIERY
UNITED STATES DISTRICT JUDGE