**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **MARIA NEHME,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **V.** | ) | **CIVIL ACTION NO. SA-19-CA-00730-FB** |
| | ) | |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | ) | |
| | ) | |
| | ) | |
| **Defendants** | ) | |

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Before the Court is Defendant The Lincoln National Life Insurance Company's Unopposed Motion for an Extension of Time to Respond to Plaintiff's Complaint. (Docket no. 7). After careful consideration, the Court is of the opinion the motion should be granted.

IT IS THEREFORE ORDERED that Defendant The Lincoln National Life Insurance Company's Unopposed Motion for an Extension of Time to Respond to Plaintiff's Complaint (docket no. 7) is GRANTED such that defendant shall have until **August 5, 2019,** to file an answer or otherwise respond to Plaintiff's Complaint.

It is so ORDERED.

SIGNED this 19th day of July, 2019.

FRED BIERY
UNITED STATES DISTRICT JUDGE