**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **MARIA NEHME,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Case No. 5:19-cv-00730-FB** |
| | § | |
| | § | |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | § | |
| | § | |
| | § | |
| **Defendant.** | § | |

## SCHEDULING RECOMMENDATIONS

The parties recommend that the following deadlines be entered in the scheduling order to control the course of this case:

1. A report on alternative dispute resolution in compliance with Local Rule CV-88 shall be filed by **October 15, 2019.**

2. The parties asserting claims for relief shall submit a written offer of settlement to opposing parties by **October 1, 2019**, and each opposing party shall respond, in writing, by **October 15, 2019**. **Both parties have already complied with this requirement and settlement talks are ongoing.**

3. The parties shall file all motions to amend or supplement pleadings or to join additional parties by **November 14, 2019**.

4. All parties asserting claims for relief shall file their designation of testifying experts and shall serve on all parties, but not file the materials required by FED. R. CIV. P. 26(a)(2)(B) by **November 22, 2019**. Parties resisting claims for relief shall file their designation of testifying experts and shall serve on all parties, but not file the materials required by FED. R. CIV. P. 26(a)(2)(B) by **December 17, 2019**. All designations of rebuttal experts shall be designated within 15 days of receipt of the report of the opposing expert. **As this is an action for review of an ERISA benefits decision, neither party anticipates the need for expert testimony or expert witnesses. Lincoln National has agreed to make disclosure of the Administrative Record to Plaintiff by October 9, 2019.**

5. An objection to the reliability of an expert's proposed testimony under Federal Rule of Evidence 702 shall be made by motion, specifically stating the basis for the objection and identifying the objectionable testimony, within 30 days of receipt of the written report of the expert's proposed testimony, or within 30 days of the expert's deposition, if a deposition is

taken whichever is later. **The parties do not anticipate Rule 702 challenges as to the expert testimony of record in the Administrative Record.**

6. The parties shall complete all discovery on or before **March 27, 2020**. Counsel may by agreement continue discovery beyond the deadline, but there will be no intervention by the Court except in extraordinary circumstances, and no trial setting will be vacated because of information obtained in post-deadline discovery.

7. All dispositive motions shall be filed no later than **April 24, 2020**. Dispositive motions as defined in Local Rule CV-7(h) and responses to dispositive motions shall be limited to 20 pages in length.

8. The trial date will be determined at a later date by the Court. The parties shall consult Local Rule CV-16(e) regarding matters to be filed in advance of trial. At the time the trial date is set, the Court will also set the deadline for the filing of matters in advance of trial.

9. All of the parties who have appeared in the action conferred concerning the contents of the proposed scheduling order on **September 25, 2019**, and the parties have **agreed** as to its contents. The following positions and reasons are given by the parties for the disagreement as to the contents of the proposed scheduling order___N/A___. Plaintiff offers the following explanation of why all parties have not been served_____N/A___.

Dated: October 1, 2019

Respectfully submitted,

MCDOWELL HETHERINGTON LLP

By: */s/ Emily K. Liu*____________________

Emily K. Liu
Texas Bar No. 24093777
2000 East Lamar Blvd., Suite 780
Arlington, Texas 76006
Telephone: (817) 635-7300
Facsimile: (713) 337-8849
Email: emily.liu@mhllp.com

Wendy L. Furman *(pro hac vice)*
Florida Bar No. 0085146
2101 N.W. Corporate Blvd., Suite 316
Boca Raton, Florida 33431
Telephone: (561) 994-4311
Facsimile: (561) 982-8985
Email: wendy.furman@mhllp.com

*Attorneys for The Lincoln National Life Insurance Company*

By: */s/ Anthony Vessel (with permission)*
Anthony Vessel
Marc S. Whitehead
Britney Anne Health McDonald
Madison Tate Donaldson
MARC WHITEHEAD & ASSOCIATES
ATTORNEYS AT LAW, LLP
5300 Memorial Drive, Suite 725
Houston, Texas 77007
anthony@marcwhitehead.com
marc@marcwhitehead.com
britney@marcwhitehead.com
madison@marcwhitehead.com
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I certify that on October 1, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Anthony Vessel
Marc S. Whitehead
Britney Anne Health McDonald
Madison Tate Donaldson
MARC WHITEHEAD & ASSOCIATES ATTORNEYS AT LAW, LLP
5300 Memorial Drive, Suite 725
Houston, Texas 77007
anthony@marcwhitehead.com
marc@marcwhitehead.com
britney@marcwhitehead.com
madison@marcwhitehead.com

*/s/ Emily K. Liu*
Emily K. Liu