**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **MARIA NEHME,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Case No. 5:19-cv-00730-FB** |
| | § | |
| | § | |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | § | |
| | § | |
| | § | |
| **Defendant.** | § | |

**JOINT REPORT ON ALTERNATIVE DISPUTE RESOLUTION**

In accordance with Local Rule CV-88 and the Court's October 1, 2019 Scheduling Order, Plaintiff Maria Nehme and Defendant The Lincoln National Life Insurance Company state as follows:

1. Settlement negotiations are ongoing. The parties have exchanged written settlement offers and continue to work towards resolution.

2. The person responsible for settlement negotiations for Plaintiff is Anthony Vessel and the person responsible for settlement negotiations for Lincoln National is Wendy Furman.

3. The parties believe alternative dispute resolution is appropriate in this case. The parties agree to mediation and have selected Jeff Abrams as mediator. The mediator was selected jointly by the parties and the mediator's fees will be split equally by Plaintiff and Lincoln National.

Dated: October 15, 2019

Respectfully submitted,

MCDOWELL HETHERINGTON LLP

By: */s/ Emily K. Liu*____________________
Wendy L. Furman (*pro hac vice*)

Florida Bar No. 0085146
2101 N.W. Corporate Blvd., Suite 316
Boca Raton, Florida 33431
Telephone: (561) 994-4311
Facsimile: (561) 982-8985
Email: wendy.furman@mhllp.com

Emily K. Liu
Texas Bar No. 24093777
2000 East Lamar Blvd., Suite 780
Arlington, Texas 76006
Telephone: (817) 635-7300
Facsimile: (713) 337-8849
Email: emily.liu@mhllp.com

*Attorney for The Lincoln National Life Insurance Company*

By: */s/ Anthony Vessel (with permission)*___
Anthony Vessel
Marc S. Whitehead
Britney Anne Health McDonald
Madison Tate Donaldson
MARC WHITEHEAD & ASSOCIATES
ATTORNEYS AT LAW, LLP
5300 Memorial Drive, Suite 725
Houston, Texas 77007
anthony@marcwhitehead.com
marc@marcwhitehead.com
britney@marcwhitehead.com
madison@marcwhitehead.com
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I certify that on October 15, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Anthony Vessel
Marc S. Whitehead
Britney Anne Health McDonald
Madison Tate Donaldson
MARC WHITEHEAD & ASSOCIATES ATTORNEYS AT LAW, LLP
5300 Memorial Drive, Suite 725
Houston, Texas 77007
anthony@marcwhitehead.com
marc@marcwhitehead.com
britney@marcwhitehead.com
madison@marcwhitehead.com

*/s/ Emily K. Liu*____________________
Emily K. Liu