**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **MARIA NEHME,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **V.** | ) | **CIVIL ACTION NO. SA-19-CA-00730-FB** |
| | ) | |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | ) | |
| | ) | |
| | ) | |
| **Defendants** | ) | |

**ORDER OF STAY**

Before the Court is the status of the above styled and numbered cause. The parties have filed a Joint Notice of Settlement (docket no. 16) informing the Court that they have reached a settlement agreement.

It is therefore ORDERED that:

1) The parties shall submit their stipulation of dismissal and any appropriate supporting documents on or before **April 6, 2020.** Should the parties be unable to submit those documents by that date, plaintiff should move for an extension of time to file the documents. Otherwise, the Court may dismiss this case for failure to diligently prosecute and/or follow a Court order. Fed. R. Civ. P. 16(f), 41(b).

2) Pretrial deadlines, if any, are hereby STAYED. If the parties fail to meet the above deadline, or are unable to finalize their settlement, the Court will set new deadlines accelerated to account for the delay.

3) Motions pending in this action, if any, are DENIED, subject to reurging should the parties be unable to finalize their settlement of the case.

An extension of the above deadline may be granted upon a showing of good cause.

It is so ORDERED.

SIGNED this 5th day of March, 2020.

FRED BIERY
UNITED STATES DISTRICT JUDGE