**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **MARIA NEHME,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Case No. 5:19-cv-00730-FB** |
| | § | |
| | § | |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | § | |
| | § | |
| | § | |
| **Defendant.** | § | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their respective counsel, that the action may be, and hereby is, dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Each party will bear its own attorneys' fees, costs, and expenses.

Dated: April 3, 2020

Respectfully submitted,


By: */s/ Anthony Vessel* ____________________
Anthony Vessel
Marc S. Whitehead
Britney Anne Health McDonald
Madison Tate Donaldson
MARC WHITEHEAD & ASSOCIATES
ATTORNEYS AT LAW, LLP
5300 Memorial Drive, Suite 725
Houston, Texas 77007
anthony@marcwhitehead.com
marc@marcwhitehead.com
britney@marcwhitehead.com
madison@marcwhitehead.com

*Attorneys for Plaintiff*

By: */s/ Emily K. Liu*___________________

Wendy L. Furman (*pro hac vice*)
Florida Bar No. 0085146
McDowell Hetherington LLP
2385 N.W. Executive Center Dr, Suite 400
Boca Raton, Florida 33431
Telephone: (561) 994-4311
Facsimile: (561) 982-8985
Email: wendy.furman@mhllp.com

Emily K. Liu
Texas Bar No. 24093777
McDowell Hetherington LLP
2000 East Lamar Blvd., Suite 780
Arlington, Texas 76006
Telephone: (817) 635-7300
Facsimile: (713) 337-8849
Email: emily.liu@mhllp.com

*Attorney for The Lincoln National Life Insurance Company*